IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00218-BNB

ROBERT BUCHANAN,
    Plaintiff,

v.

MARIA CASTRO URENA,
JULIA CASTRO,
JORGE CASTRO,
ANDREA CASTRO,
DINA ROE,
BILL ROE, and
SPRING VALLEY HOSPITAL,
    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 1 6 2006

GREGORY C. LANGHAM
                  CLERK

## ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

Plaintiff Robert Buchanan has filed *pro se* a Complaint for money damages. The court must construe the Complaint liberally because Mr. Buchanan is not represented by an attorney. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be the *pro se* litigant's advocate. **See Hall**, 935 F.2d at 1110. For the reasons stated below, Mr. Buchanan will be ordered to file an amended complaint.

The court has reviewed the Complaint and has determined that the Complaint does not comply with the pleading requirements of the Federal Rules of Civil Procedure. The twin purposes of a complaint are to give the opposing parties fair notice of the basis for the claims against them so that they may respond and to allow the court to conclude that the allegations, if proven, show that the plaintiff is entitled to

relief. *See Monument Builders of Greater Kansas City, Inc. v. American Cemetery Ass'n of Kansas*, 891 F.2d 1473, 1480 (10th Cir. 1989). The requirements of Fed. R. Civ. P. 8 are designed to meet these purposes. *See TV Communications Network, Inc. v. ESPN, Inc.*, 767 F. Supp. 1062, 1069 (D. Colo. 1991), *aff'd*, 964 F.2d 1022 (10th Cir. 1992). Specifically, Rule 8(a) provides that a complaint "shall contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, . . . (2) a short and plain statement of the claim showing that the pleader is entitled to relief, and (3) a demand for judgment for the relief the pleader seeks." The philosophy of Rule 8(a) is reinforced by Rule 8(e)(1), which provides that "[e]ach averment of a pleading shall be simple, concise, and direct." Taken together, Rules 8(a) and (e)(1) underscore the emphasis placed on clarity and brevity by the federal pleading rules. Prolix, vague, or unintelligible pleadings violate the requirements of Rule 8.

Mr. Buchanan fails to set forth a short and plain statement of the grounds on which the court's jurisdiction depends. In order to satisfy this pleading requirement, he must set forth the specific statutory authority that allows him to sue the named Defendants in this court.

Mr. Buchanan also fails to set forth a short and plain statement of his claims showing that he is entitled to relief. In order to satisfy this pleading requirement, Mr. Buchanan must set forth, clearly and concisely, the specific claims he is asserting against the named Defendants. Mr. Buchanan also must clarify why he is suing all of the named Defendants in one action. Pursuant to Rule 20(a) of the Federal Rules of Civil Procedure, Mr. Buchanan may sue all of the named Defendants in one action only if he asserts "against them jointly, severally, or in the alternative, any right to relief in

respect of or arising out of the same transaction, occurrence, or series of transactions or occurrences and if any question of law or fact common to all defendants will arise in the action." It is not clear that Mr. Buchanan's claims against all of the named Defendants are related in any way.

A decision to dismiss a complaint pursuant to Rule 8 is within the trial court's sound discretion. *See Atkins v. Northwest Airlines, Inc.*, 967 F.2d 1197, 1203 (8th Cir. 1992); *Gillibeau v. City of Richmond*, 417 F.2d 426, 431 (9th Cir. 1969). The court finds that the Complaint does not meet the requirements of Fed. R. Civ. P. 8(a) and that Mr. Buchanan should be given an opportunity to file an amended complaint. He will be directed to do so below. Accordingly, it is

ORDERED that Mr. Buchanan file, **within thirty (30) days from the date of this order**, an amended complaint that complies with this order. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Buchanan, together with a copy of this order, two copies of the following form: Complaint. It is

FURTHER ORDERED that, if Mr. Buchanan fails within the time allowed to file an amended complaint that complies with this order to the court's satisfaction, the complaint and the action will be dismissed without further notice.

DATED February 16, 2006, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00218-BNB

Robert Buchanan
2301 Lawrence Rd.
Denver, CO 80202

I hereby certify that I have mailed a copy of the **ORDER and two copies of Complaint form** to the above-named individuals on 2/16/06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk