IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 30 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-00218-BNB

ROBERT BUCHANAN,
Plaintiff,

v.

MARIA CASTRO URENA,
JULIA CASTRO,
JORGE CASTRO,
ANDREA CASTRO,
DINA ROE,
BILL ROE, and
SPRING VALLEY HOSPITAL,
Defendants.

---

ORDER DISMISSING CASE

---

Plaintiff Robert Buchanan initiated this action by filing ***pro se*** a Complaint for money damages. On February 16, 2006, Magistrate Judge Boyd N. Boland ordered Mr. Buchanan to file an amended complaint that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. On March 16, 2006, Mr. Buchanan filed an amended complaint. On March 20, 2006, Mr. Buchanan filed a notice stating that he is dismissing this case.

The Court must construe the notice liberally because Mr. Buchanan is representing himself. ***See Haines v. Kerner***, 404 U.S. 519, 520-21 (1972); ***Hall v. Bellmon***, 935 F.2d 1106, 1110 (10th Cir. 1991). The Court will construe the notice as a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Rule 41(a)(1) of the Federal Rules of Civil Procedure provides that "an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment." No response has been filed by Defendants in this action. A voluntary dismissal pursuant to Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. ***See*** J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); ***Hyde Constr. Co. v. Koehring Co.***, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. ***See Hyde Constr. Co.***, 388 F.2d at 507. Accordingly, it is

ORDERED that the notice filed on March 20, 2006, is construed as a notice of voluntary dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is effective as of March 20, 2006, the date the notice was filed in this action. It is

FURTHER ORDERED that judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 29 day of March, 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00218-BNB

Robert Buchanan
2301 Lawrence Rd.
Denver, CO 80202

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 3-30-06

GREGORY C. LANGHAM, CLERK

By: ______________________
Deputy Clerk